IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00931-LTB

ROBIN MYERS,

    Plaintiff,

v.

STATE OF COLORADO,
HALLIBURTON RISK MANAGEMENT,
CHARLES SCHWAB,
LSC FINANCIAL,
KELLY-ANTHEM BLUE CROSS,
RICOH BUSINESS SOLUTIONS,
UNITED HEALTH CARE MILITARY AND VETERANS/TRICARE,
TIME WARNER CABLE,
COVERGYS, and
KAISER PERMANENTE - INS,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 24, 2015, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 24 day of July, 2015.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/ E. Van Alphen
                                            Deputy Clerk